| PROB 22 (D\CO 01/03) | | DOCKET NUMBER 12-cr-00380-REB-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER 2:15-CR-22-RSL |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: GARRYN JACKSON | DISTRICT District of Colorado | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE Robert E. Blackburn | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 08/22/2014   TO 08/21/2017 |

OFFENSE
Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) (Felony)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Washington upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| January 29, 2015 | s/ Robert E. Blackburn |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised release be accepted and assumed by this Court from and after the entry of this order.

| Feb. 2, 2015 | /s/ S Lasnik |
|---|---|
| Effective Date | United States District Judge |